UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARY BOTSAY**                                                          **CIVIL ACTION**

**VERSUS**                                                                       **NO. 14-2573 "F" (1)**

**CAROLYN COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY**

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the party's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), for summary judgment (Rec. doc. 15) is GRANTED; and (2) the motion of plaintiff, Mary Botsay, for summary judgment (Rec. doc. 14) is DENIED.

New Orleans, Louisiana, this 30th day of September, 2015.

_____
**MARTIN L. C. FELDMAN
U.S. District Judge**